AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | | |
|---|---|---|
| David L Thornsberry, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:08-cv-4075-HMH |
| | ) | |
| v. | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL ACTION

■ other: The court adopts the Report and Recommendation of the Magistrate Judge. It is ORDERED that the decision of the Commissioner is affirmed.

This action was (check one):

☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by Judge_____without a jury an the above decision was reached.

■ decided by Judge Honorable Henry M. Herlong, Jr on the record.

Date: January 12, 2010                CLERK OF COURT/LARRY PROPES

                                      S/ Glenda J. Nance, Deputy Clerk
                                              Signature of Clerk or Deputy Clerk